IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BARBARA MRZLAK BRUNDO, Ed.D,** ) | **CASE NO. 8:08CV209** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| **NEBRASKA CATHOLIC** ) | |
| **CONFERENCE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on Plaintiff's Notice of Appeal. (Filing No. 37.) Plaintiff seeks to appeal this court's March 19, 2009 Memorandum and Order and Judgment, which dismissed her claims with prejudice. (Filing Nos. 32 and 33.) Plaintiff failed to pay the appellate filing fee of $455.00 and has not submitted a request for leave to proceed in forma pauperis on appeal. (Filing No. 38.) Plaintiff is not a prisoner and has not previously been granted leave to proceed in forma pauperis. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until August 31, 2009, in which to either pay the court's $455.00 appellate filing fee or submit a motion for leave to proceed in forma pauperis on appeal. In the event that Plaintiff fails to take either action by that date, the court will not process the Notice of Appeal in this matter;

2. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: August 31, 2009: Deadline for Plaintiff to pay appellate filing fee or submit IFP motion; and

3. The Clerk of the court is directed to send the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit, to Plaintiff.

DATED this 11th day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge